UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MOLINA, et al.,

                        Plaintiffs,                        JUDGMENT

    v.                                          23-cv-5349-LDH-RML


FIRST CHOICE, et al.,

                        Defendants.
---------------------------------------------------------------X
A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District

Judge, having been filed on March 31, 2025, granting Defendants' motion to dismiss Plaintiff's

retaliation claims; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss Plaintiff's retaliation

claims, is granted.

Dated: Brooklyn, New York                         Brenna B. Mahoney
       April 3, 2025                            Clerk of Court

                                     By:    */s/Jalitza Poveda*
                                          Deputy Clerk